UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOYD C. HARDY,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation,<br><br>    Defendant. | NO.  CV-04-5090-RHW<br><br>**ORDER DISMISSING CASE AND CLOSING FILE** |

Before the Court is the parties' Stipulation of Dismissal (Ct. Rec. 25).  The parties request that the above-captioned case be dismissed with prejudice and without cost to either party.

Accordingly**, IT IS HEREBY ORDERED:**

1.    The parties' Stipulation of Dismissal (Ct. Rec. 25) is **GRANTED**.

2.    The above-captioned case is **DISMISSED**, with prejudice and without cost to either party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, provide copies to counsel, and **close** the file.

**DATED** this 28th day of October 2005.

s/ ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2004\Hardy\Hardy.dismiss.wpd

**ORDER DISMISSING CASE AND CLOSING FILE** * 1